Selman Breitman LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ALFRED MATTHEWS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENTRY SELECT INSURANCE COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE MUTUAL COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE COMPANY; SENTRY INSURANCE; and, Does 1 to 100, Inclusive, <br><br> Defendants. | CASE NO. 2:11-cv-01909-KJM-GGH <br><br> ORDER TRANSFERRING VENUE <br><br> Comp. Filed : March 18, 2010 |

Based upon the stipulation of the parties, and pursuant to 28 U.S.C. § 1406(a):

///
///
///
///

**IT IS HEREBY ORDERED** that this case shall be transferred to the United States District Court for the Eastern District of California, Fresno Division.

Dated: August 11, 2011

_____
UNITED STATES DISTRICT JUDGE

2