JONATHAN A. CARLSON, S.B.N. 137687

Law Office of Jonathan A. Carlson
600 E. Main Street, Suite 100
P.O. Box 3281
Turlock, California 95381-3281
(209) 669-1685
FAX (209) 669-7916

Attorney for Plaintiff

**FILED**
MAR 15 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALFRED MATTHEWS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SENTRY SELECT INSURANCE COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE A MUTUAL COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE COMPANY; SENTRY INSURANCE; and, Does 1 to 100, Inclusive, <br><br> Defendants. | NO: 1:11-CV-01330 - AWI - BAM <br><br> **STIPULATION FOR DISMISSAL AND ORDER** <br><br> Assigned District Judge: <br> Honorable Anthony W. Ishii, <br> Chief U.S. District Court Judge <br><br> Assigned Magistrate Judge: <br> Honorable Barbara A. McAuliffe, <br> U.S. Magistrate Judge Court |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

LAW OFFICE OF JONATHAN A. CARLSON

Dated: 3/13/12              By: _____/s/_____
                                JONATHAN A. CARLSON
                                Attorney for Plaintiff

**STIPULATION FOR DISMISSAL AND ORDER**                                     1

```
 1                                    SELMAN & BREITMAN, LLP

 2   Dated: _____            By: (As authorized on 3/12/2012)
 3                                         RACHEL E. HOBBS
                                           Attorney for Defendant SENTRY
 4                                         SELECT INSURANCE COMPANY

 5
```

### ORDER

On the stipulation of the parties, and GOOD CAUSE APPEARING, THE MATTER IS DISMISSED WITH PREJUDICE.

IT IS SO ORDER.
Dated: 3-15-12

_____
UNITED STATES DISTRICT JUDGE

---

**STIPULATION FOR DISMISSAL AND ORDER**     2